IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff | ) | Case No: 21 CR 551 |
| v. | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| Marcos Gleffe | ) | |
| Defendant | ) | |

**ORDER**

Initial appearance and arraignment hearing held on 9/2/21 as to Defendant Marcos Gleffe. Pursuant to the CARES Act, all parties agreed to appear telephonically. Aaron Bond appeared on behalf of the Government. Jack Corfman was appointed to represent the defendant. The Government advised the defendant of the charges pending against him and the maximum penalties. Defendant appears in response to the arrest on 9/2/21. The defendant was advised of his rights. The Government must provide the defendant with the date and time to appear in the charging district. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under Brady need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. The Government and the defendant agreed to certain conditions of release. The defendant is released on a $4,500.00 unsecured bond. Enter Order Setting Conditions Of Release. Defendant waives an identity hearing. Defendant is to be released after processing. Case is hereby terminated.

(T:00:15)

Date: September 2, 2021

_____
Magistrate Judge Maria Valdez